## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA

Anthony Mays #190493 )
───────────────────── )
Full name and prison number )
of plaintiff(s) )
 )
v. )
 )             CIVIL ACTION NO. 2:05CV992-D
 )             (To be supplied by Clerk of
Alabama Department of Corrections )         U.S. District Court)
& Officials: Andrew Redd )
Tommy Flower, Steve Walker )
Willie Thomas, Thomas Woodfin )
et., al )
───────────────────── )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s) ~~~~~~~~~~~~~~~~~~~~~~~~

      Defendant(s) ~~~~~~~~~~~~~~~~~~~~~~~~

2. Court (if federal court, name the district; if state court, name the county) ~~~~~

3. Docket number __None__

4. Name of judge to whom case was assigned ~~~~~

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ~~~~~

6. Approximate date of filing lawsuit ~~~~~

7. Approximate date of disposition ~~~~~

II. PLACE OF PRESENT CONFINEMENT __Elmore Correctional Facility P.O. Box 8..., Elmore, AL 36025__

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED __Elmore Correctional Facility... P.O. Box 8... Elmore Alabama 36025__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Andrew Redd (Commissioner) | 101 S Union St., Montgomery Ala 36130 |
| 2. | Thomas Flower (Director) | P.O. Box 5107 Union Springs, Al 36089-5107 |
| 3. | Steve Walker (Chaplain Supervisor) | P.O. Box 5107 Union Springs, Al 36089 |
| 4. | Willie Thomas (ECC Warden) | Elmore Correctional Facility P.O. Box 8..., Elmore Al 36025 |
| 5. | Thomas Woodfin (ECC Chaplain) | Elmore Correctional Facility P.O. Box 8..., Elmore Al 36025 |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __January 14, 2005 Thru May 2, 2005__

2

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Anothony Mays (hereinafter Name) Plaintiff and on behalf of Alabama Prisoner's at the Elmore Correctional Fac.

~~SUPPORTING FACTS~~ would allege that Alabama Department of Corrections officials and herein named Defendant's have violated the Plaintiff's rights to exercise one's religion under the establish Clause of the First Amendment to the United States Constitution. In addition the named Defendant's have violated Plaintiff's right to the Equal Protection Clause under the Fourteenth Amendment to the United States Constitution and have acted so unreasonable to have caused undue hardship to Plaintiff.

~~GROUND TWO~~: _____

SUPPORTING FACTS: On and about January 14, 2005, Plaintiff was advised by Thomas Woodfin, E.C.C chaplain, to complete paper work regard changing Religion, chaplain time and dietary requirements. On January 20, 2005, the Plaintiff submitted a request to the Classification Department here at E.C.C asking to change religion from Islamic to Shetaut Neter. This request was returned (see Exhibit #1) without a response., however the matter was forwarded to defendant's Willie Thomas and Thomas Woodfin. Cont. See Page attached hereto.

3

On January 25, 2005 (see Exhibit #2) Plaintiff submitted a letter to Alabama Department Corrections officials and defendant's Andrew Redd in care of changing religions and provided the defendant with all the paperwork necessary, showing that the Shetant Neter is a established religion with dietary requirements and Plaintiff is entitled to practice this religion at the Elmore Correctional Facility. On February 21, 2005 Plaintiff provided the Defendant Thomas Woodfin the Shetant Neter's faith all documents regarding the religion. On April 2, 2005 the Defendant Andrew Redd set the matter for a hearing on May 25, 2005. On May 2, 2005 Plaintiff submitted a request to Defendant's Willie Thomas and Thomas Woodfin asking the Defendant's for temporary class time until the matter went before the committee to determine if the Plaintiff could practice the religion while at the Elmore Correctional Facility. This matter did not go before the board on May 25, 2005 and Defendant's Redd, Flower, Walker, Thomas and Woodfin set another hearing date on June and July 21, 2005.

Defendant's named herein has acted unreasonable into this matter and have violated Plaintiff First and Fourteenth Amendment to the United States Const.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

That Plaintiff be aloud to practice Shetaut Neter Religion at E.C.C and order defendant's to comply to all requirements of that faith. 25,000.00 dollars in damages due to based discrimation, hardship and negligence

_Anthony Mays_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on __Oct.-12-05__.
(Date)

_Anthony Mays_
Signature of plaintiff(s)

4