Exhibit #1

INMATE REQUEST SLIP

Name **Anthony Mays** Quarters **A-1-125** Date **1-20-05**

AIS # **190493**

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem
( ) Special Visit     ( ) Time Sheet        ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

This REQUEST is BEING MADE TO CHANGE MY RELIGIOUS FAITH FROM ISLAMIC TO! (PLEASE RECORD) SHETAUT NETER

(AFRICAN RELIGION)

M.B. LEWIS          Anthony Mays #190493

Do Not Write Below This Line - For Reply Only

Approved        Denied       Pay Phone        Collect Call

Request Directed To: (Check One)
(✓) Warden
( ) Classification Supervisor    ( ) Deputy Warden    ( ) Captain
(CAPTAIN)                         ( ) Legal Officer - Notary Public    ( ) Record Office

N176