Anthony Mays
190453  A-1-125
P.O. Box 8
Elmore, AL.
36025

Exhibit #2

Jan. 25th, 05

To: Alabama Department of Correction
Donell Cambell, Commissioner, Andrew Redd,
General Counselor, Tommy Flower, Personnel Director,
Dora Jackson, Department Diretor, Steve Walker,
Chaplain Supervisor, And Thomas Woodfin, Chaplain (E.C.C

RE: Accommodation For practice of Neterian Religion

Dear ~~████~~ Andrew Redd

This Request is Being submitted To your Respective office For the purpose "Practice of Neterian Religion" here at Elmore Correctional Center, Included in this Communication is the Following documents:

1. Legitimacy of Religion.
2. Request to Change Religious Faith
3. And Name of participants

Thank you In Advance.

Respectfully yours,

Anthony Mays #190453