# Services Repeat Weekly — Islamic Meetings

Exhibit #3
SEE REVERSE SIDE
5:15 to 6:45

## October 0? – October 0?

### Monday
- Nation of Islam, MSTA

### Tuesday
- Ramadan Begins — 10/4
- 5:30pm – 7:30pm 5% Nation, Nation of Islam

### Wednesday
- 5pm – 7pm Sunni, 5% Nation of Islam

### Thursday
- 5pm – 7pm Sunni, Nation of Islam

### Friday
- 12:00pm – 1:00pm Jum'ah Prayer
- 5pm – 7pm Nation of Islam, Moorish Sci Temple

### Saturday
- 5pm – 7pm Sunni, MSTA

### Sunday
- 5pm – 7pm Nation of Islam, Moorish Sci Temple

| | | | | | |
|---|---|---|---|---|---|
| JEHOVAH WITNE<br>CATHOLIC SERV | 7:00pm Rck Ages (CL)<br>7:00pm HIGHER GROUND | 2:00pm Creative Writing<br>7:00pm COVENANT BAPT | 7:00pm Bright Hope | 5:00pm Wicca Grounds<br>7:00pm Frazer UMC (Cl)<br>7:00pm Greater Temple<br>7:00pm LIVING WATERS | 4:00pm GOSPEL CARRIER<br>7:00pm Greater Temple |
| JEHOVAH WITNE<br>CGBI (CL) | 7:00pm Ch of Christ<br>7:00pm Rck Ages (CL) | 2:00pm Creative Writing<br>7:00pm Chap Woodfin | 7:00pm Faith Crusade B'f | 5:00pm Wicca Grounds<br>7:00pm Catholic<br>7:00pm Frazer UMC (Cl)<br>7:00pm School Christ | 9:00am Kairos reunion<br>2:30pm Episcopalian Sen<br>2:30pm NEWNESS OF LIF<br>7:00pm FREEDOM CHAPE |
| JEHOVAH WITNE<br>CATHOLIC SERV<br>CGBI (CL)<br>COPE | 7:00pm Hiway & hedges<br>7:00pm Rck Ages (CL)<br>7:00pm HIGHER GROUND | 2:00pm Creative Writing<br>7:00pm hiway & hedges<br>7:00pm OPEN DOOR BAP | 7:00pm Bright Hope | 5:00pm Wicca Grounds<br>7:00pm Catholic<br>7:00pm Faith Outreach<br>7:00pm Frazer UMC (Cl)<br>7:00pm hiway & hedges | 7:00pm hiway & hedges<br>7:00pm Christ 4 Prisoner: |
| JEHOVAH WITNE<br>CATHOLIC SERV<br>Hedges & Hwys | 7:00pm Rck Ages (CL)<br>7:00pm CHURCH OF CHR | 2:00pm Creative Writing<br>7:00pm Chap Woodfin | 7:00pm Freedom Prison | 5:00pm Wicca Grounds<br>7:00pm Catholic<br>7:00pm Frazer UMC (Cl)<br>7:00pm UPMI | 7:00pm JEHOVAH WITNE<br>7:00pm New Convictions<br>7:00pm School Christ<br>7:00pm UPMI |
| JEHOVAH WITNE<br>CATHOLIC SERV | 7:00pm Rck Ages (CL)<br>7:00pm Victory Baptist | 2:00pm Creative Writing<br>7:00pm COVENANT BAPT | 7:00pm Bright Hope | 5:00pm Wicca Grounds<br>7:00pm Catholic<br>7:00pm Frazer UMC (Cl)<br>7:00pm UPMI | 7:00pm JEHOVAH WITNE<br>7:00pm School Christ<br>7:00pm Victory Baptist |
| JEHOVAH WITNE<br>CATHOLIC SERV | | | | 7:00pm Frazer UMC (Cl)<br>7:00pm LIVING WATERS | 7:00pm JEHOVAH WITNE<br>7:00pm School Christ<br>7:00pm UPMI<br>4:30pm FREEDOM LIFE<br>7:00pm Crossroads J & P |

Covenant House