Exhibit 4

## INMATE REQUEST SLIP

Name _Anthony Mays_    Quarters _B-2-33 Bd._ Date _5-2-05_

AIS # _190493_

( ) Telephone Call        ( ) Custody Change        ( ) Personal Problem
( ) Special Visit         ( ) Time Sheet            (✓) Other _Chapel Time_

**Briefly Outline Your Request - Then Drop In Mail Box**

Im writing you In Concern about chapel time for the follers of The Ancient African Religion (Shetaut Neter). We understand that it's a process, so to speak for the board to approve or denie our Request for chapel time and the practice of our faith on the other hand by the papers that we persented to you showing the ligitans of the faith were asking for some temperary chapel time into a desion is made. Thank you for your time the _____ Brother of Shetaut Neter!

**Do Not Write Below This Line - For Reply Only**

This issue is scheduled for review on 5/25/05. We will wait for the review committee's decision

Approved    ~~Denied~~    Pay Phone    Collect Call

**Request Directed To: (Check One)**

( ) Warden                      ( ) Deputy Warden              ( ) Captain
( ) Classification Supervisor   ( ) Legal Officer - Notary     ( ) Record Office
                                    Public

N176