Exhibit #5

| Name | Signature | ID |
|---|---|---|
| Anthony Mays | Anthony Mays | 190493 |
| Matthew Croom | Matthew Croom | 227801 |
| WILLIAM SCROGGINS | William Scroggins | 235626 |
| LAWRENCE A. Dudley | Lawrence A. Dudley | 206757 |
| Ceasar Taylor | Ceasar Taylor | 201553 |
| Marcus Auerhart | Marcus Auerhart | 177374 |
| Kevin Johnson | Kevin Johnson | 174487 |
| LEO CAIN JR | Leo Cain Jr | 178962 |
| Blalen Snoddy | Blalen Snoddy | 208454 |
| Anthony Reese | Anthony Reese | 198625 |
| DAMIEN WILLIAMS | Damien Williams | 237093 |