STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
ELMORE CORRECTIONAL FACILITY

AIS #: 190493       NAME: MAYS,ANTHONY                    AS OF: 09/30/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| OCT | 31 | $2.04 | $0.00 |
| NOV | 30 | $2.04 | $0.00 |
| DEC | 31 | $5.25 | $50.00 |
| JAN | 31 | $5.45 | $85.00 |
| FEB | 28 | $9.23 | $20.00 |
| MAR | 31 | $18.41 | $0.00 |
| APR | 30 | $24.34 | $20.00 |
| MAY | 31 | $18.16 | $0.00 |
| JUN | 30 | $1.24 | $20.00 |
| JUL | 31 | $0.21 | $0.00 |
| AUG | 31 | $8.05 | $60.00 |
| SEP | 30 | $2.21 | $20.00 |