IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Anthony Mays
190493
Plaintiff, Petitioner

vs.

Alabama Department of Corrections
Willie Thomas, Warden, et al
Defendant, Respondents

Civil Action No. 2:05CV992-D
(To be Supplied by Clerk)

## MOTION FOR APPOINTMENT OF COUNSEL

Comes Now, Anthony Mays, without the benefit of counsel, and respectfully moves this Honorable Court to appoint counsel in the above styled cause, pursuant to the Civil Rights Act, 42 U.S.C. § 1983. In Support thereof this Plaintiff would show this Court as follow:

1. Plaintiff is presently confined in the Alabama Department of Corrections and unable to retain counsel due to insufficient funds.

2. Plaintiff is presently litigating a compliant under the Civil Rights Act, 42 U.S.C. § 1983 and the issues are rather complex and would be served best if counsel was appointed in the interest of Justice.