**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Steve Walker, Chaplain Supervisor
   c/o Bullock County Correctional Fac
   P. O. Box 5107
   Union Springs, AL 36089

05cv992

2. Article Number (Copy)    7002 2030 0005 9732 0804

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Lakhasha Strauss
B. Date of Delivery: 11/14/0-
C. Signature: X [signature]
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952