**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Willie Thomas, Warden
   Elmore Correctional Facility
   P. O. Box 8
   Elmore, AL 36025

   05cv992cmp

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Sickie Cooper*
   ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name)
   Sickie Cooper

C. Date of Delivery
   11-14-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 2260 0005 4586 3306

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540