| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Shunda Johnson_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): _Shunda Johnson_  C. Date of Delivery: 11/14/05 |
| 1. Thomas Flowers, Director<br>c/o Bullock County Correctional Fac<br>P. O. Box 5107<br>Union Springs, AL 36089 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| 05cv992cmp | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7003 2260 0005 4586 3320 | |
| PS Form 3811, August 2001  Domestic Return Receipt | 102595-02-M-1540 |