IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY MAYS, #190 493, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv992-D |
| | )                 WO |
| ALABAMA DEP'T OF CORRECTIONS, ET AL., | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

On November 10, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

2. Plaintiff's claims against the Alabama Department of Corrections and Andrew Redd be and the same are hereby DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B), and these parties are hereby DISMISSED as defendants to this complaint; and

3. this cause with respect to the remaining defendants be and the same is hereby REFERRED back to the Magistrate Judge for additional proceedings.

DONE this 28th day of November, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE