IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| ANTHONY MAYS, #190 493 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-992-D |
| ALABAMA DEPARTMENT OF CORRECTIONS, *et al.*, | * |
| | * |
| Defendants. | |

_____

**ORDER**

It appears that service has not been perfected on Defendant Flowers. If a person has not been served, he or she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Defendant Flowers, Plaintiff must furnish the clerk's office with a correct address for this individual. Accordingly, it is

ORDERED that:

1. On or before December 20, 2005 Plaintiff shall furnish the clerk's office with the correct address for Defendant Flowers. Plaintiff is advised that the court will not continue to monitor this case to ensure that the defendant he wishes to sue has been served. This is Plaintiff's responsibility;

2. Plaintiff is cautioned that if he fails to comply with this order, Defendant Flowers will not be served, he will not be a party to this cause of action, and this case will proceed only against those defendants on whom service is perfected. *See* Rule 4(m), *Federal Rules*

*of Civil Procedure*.

Done this 5th day of December 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE