IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ANTHONY MAYS, 190493, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 2:05-CV-992-D |
| ALABAMA DEPARTMENT OF CORRECTIONS, et al., | : |
| Defendants. | : |

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for the State of Alabama at Large, personally appeared Willie Thomas, who being known to me and being by me first duly sworn, deposes and says the following.

My name is Willie Thomas. I am currently employed with the Alabama Department of Corrections as a Warden III at Elmore Correctional Facility in Elmore, Alabama. I am over twenty-one (21) years of age.

Alabama Department of Corrections Administrative Regulation 333, "Religious Program Services," dated December 17, 2004, lists all religious celebrations, by religious groups, and dates that are approved to be conducted within the Alabama Department of Corrections' institutions. Shetaut Neter is not one of them.

I am not the Departmental Chaplaincy Coordinator, nor am I a member of the Religious Activities Review Committee, and cannot recognize religious celebrations, religious groups, and dates that are not outlined in Administrative Regulation 333.

I reviewed inmate Mays' request to practice Shetaut Neter and recommended that the decision as to whether or not to recognize it as a religion be at the total discretion of

the Religious Activities Review Committee. To date, I am not aware of any decision the Religious Activities Review Committee has made on inmate Mays' request.

I deny that I have violated any of inmate Anthony Mays' rights granted to him by the Constitution of the United States of America. All actions on my part were in the line, course and scope of my duties and responsibilities as a Warden III with the Alabama Department of Corrections.

_____
WILLIE THOMAS

STATE OF ALABAMA:

COUNTY OF ELMORE:

Sworn to and subscribed before me, and given under my hand and official seal on this the _30th_ day of _November_, 2005.

_____
NOTARY PUBLIC

My Commission expires February 3, 2007