IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY MAYS, #190493, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) 2:05-CV-992-D |
| | ) (WO) |
| ALABAMA DEPARTMENT | ) |
| OF CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

AFFIDAVIT

In his complaint, Inmate Mays alleges that he made a request to establish the Shetaut Neter religious faith at the Elmore Correctional Facility. That is correct. That request is currently pending before the Religious Activities Committee of ADOC and has been pending since May 2005. The committee members have had extreme difficulty in obtaining information on this particular religion. Also the list of names submitted by Inmate Mays has been unreliable in determining the size of the religious group, specifically some of the inmates have been moved and some of the inmates deny that they were signing up for a religious group. As soon as sufficient information about the religion is received and reviewed, the committee can then determine the effect such a request would have on the Facility's security, safety, and available resources. Inmate Mays is free to participate in his religious activity under the Department's current rules and regulations.

STEVE WALKER

STATE OF ALABAMA

COUNTY OF MONTGOMERY

      Sworn to and subscribed before me and given under my hand and official seal this the 16th day of December, 2005.

_____
NOTARY PUBLIC

My commission expires: __3/31/08__