IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

ANTHONY MAYS, 190493,                :
                                     :
    Plaintiff,                       :
                                     :
v.                                   :  CIVIL ACTION NO. 2:05-CV-992-D
                                     :
ALABAMA DEPARTMENT OF                :
CORRECTIONS, et al.,                 :
                                     :
    Defendants.                      :

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for the State of Alabama at Large, personally appeared Thomas Woodfin, who being known to me and being by me first duly sworn, deposes and says the following.

My name is Thomas Woodfin. I am currently employed with the Alabama Department of Corrections as a Chaplain at Elmore Correctional Facility in Elmore, Alabama. I am over twenty-one (21) years of age.

Alabama Department of Corrections Administrative Regulation 333, "Religious Program Services," dated December 17, 2004, gives the Departmental Chaplaincy Coordinator the responsibility to develop policy recommendations for executive level review. It also gives the Regional Senior Chaplains the responsibility to participate on the Religious Activities Review Committee to review, research, and vote on religious requests submitted by the inmates who are incarcerated with the Alabama Department of Corrections. This same regulation outlines the religious celebrations, by religious groups, and dates that are approved to be conducted within the Alabama Department of Corrections' institutions. Shetaut Neter is not one of them.

I am not the Departmental Chaplaincy Coordinator, nor am I a member of the Religious Activities Review Committee. I am the Chaplain at an institution, and as such, cannot recognize religious celebrations, religious groups, and dates that are not outlined in Administrative Regulation 333.

Inmate Mays sent his request to practice Shetaut Neter to me. His request is dated February 8, 2005. I made my recommendation on his request and sent it to Warden III Willie Thomas for his recommendation. Inmate Mays' request and Warden Thomas' and my recommendations are on the attached documentation. I hereby certify the attached documentation to be a true and correct copy of documentation on file in my office at Elmore Correctional Facility.

I forwarded inmate Mays' request, with Warden Thomas' and my recommendations, to Chaplain Steve Walker at Bullock County Correctional Facility. Chaplain Walker is the Departmental Chaplaincy Coordinator. To date, I am not aware of any decision the Departmental Chaplaincy Coordinator or the Religious Activities Review Committee has made on inmate Mays' request.

In the interim, inmate Mays has been allowed to receive religious materials pertaining to Shetaut Neter in accordance with the general correspondence and mail guidelines that apply to all inmates.

I deny that I have violated any of inmate Anthony Mays' rights granted to him by the Constitution of the United States of America. All actions on my part were within the line, course, and scope of my duties and responsibilities as an institutional Chaplain with the Alabama Department of Corrections.

*Thomas Woodfin*
THOMAS WOODFIN

STATE OF ALABAMA:

COUNTY OF ELMORE:

Sworn to and subscribed before me, and given under my hand and official seal on this the 30th day of November, 2005.

_____
NOTARY PUBLIC

My Commission expires February 3, 2007

ALABAMA DEPARTMENT OF CORRECTIONS
INMATE'S REQUEST FOR RELIGIOUS ASSISTANCE

B2-34
A1-125

Inmate Name  Anthony Mays                    AIS 190493

Religious Faith SHet Aut Neter   Denomination/Sect  African

You may verify the existence of my religious faith and determine its beliefs and practices by reviewing the following authoritative source(s) of information (documented evidence must be provided to the Chaplain/Warden to support the request): document Included.

(Note: All religious practices and activities that are not minimal or mandatory requirements for worship will be reviewed on a case-by-case basis.)

The religious practices and activities I would like to observe are as follows: Ministerial Visits pg2 #10 to incarcerated members, chapel time for worship, Acknowledgement of holidays, pg3 12a Audio tape & Video tapes to facilitate practice, Religious Items pg2 #11 for worship, and provison of Kemetic pg3 12b Diet for followers.

I learned about the religious practices and activities from the following source: In Society

Request form submitted on __8__ day of __feb.__, 20_05_.

Rec'd 2/9/05
Chp. _____
Chaplain or Receiving Officer

## Chaplain's Recommendation

_____   I have learned that the requested religious faith and / or religious practices or activities are not legitimate religious matters; and therefore, should not be allowed. I base my decision on the following authoritative sources of information: _____
_____
_____
_____

_____   I have learned that the requested religious faith and / or religious practices or activities are legitimate religious matters, and do not appear to be in conflict with a compelling institutional or governmental interest. Therefore, I recommend that this request be approved. I base my decision on the following authoritative source(s) of information: _____
_____
_____
_____
_____

_____   The requested religious faith and/or religious practices or activities involve a real threat to institutional security, safety and orderliness, and should be restricted based on a compelling institutional or governmental interest. The proposed restriction of a religious activity shall be the least restrictive means necessary to protect that interest.

Because of this religions seemingly small following it should be limited to solo study,

Date  2/18/05

_____
Chaplain / Warden

## WARDEN'S RECOMMENDATION

_____    I do not think the above-mentioned religious faith and/or practices or activities should be observed. The reason(s) I think this religious faith and/or practices or activities should not be approved are as follows: _____
_____
_____
_____
_____
_____

_____    I recommend approval of the above-mentioned religious faith and /or practices or activities.

XXX     I recommend the decision as to whether or not to recognize this religion be at the total discretion of the Religious Activities Committee.

2/22/05

Date

_M. Thomas 2/22/05_
Warden

## DECISION OF RELIGIOUS ACTIVITIES REVIEW COMMITTEE

Based on _____
_____
_____
_____
_____

The Alabama Department of Corrections has decided to: _____
_____
_____
_____
_____

_____        _____
Regional Chaplain / Date                Regional Chaplain / Date


_____        _____
Chaplaincy Coordinator / Date           Regional Chaplain / Date


_____ / _____
Deputy Commissioner of Program Services / Date

INMATE REQUEST SLIP

Name **ANTHONY MAYS** Quarters **A-1-125** Date **1-20-05**

AIS # **190493**

( ) Telephone Call ( ) Custody Change ( ) Personal Problem
( ) Special Visit ( ) Time Sheet ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

THIS REQUEST IS BEING MADE TO CHANGE MY RELIGIOUS FAITH FROM ISLAMIC TO: (PLEASE RECORD)
SHETAUT NETER
(AFRICAN RELIGION)

M.B. LEWIS                    Anthony Mays #190493

Do Not Write Below This Line - For Reply Only

Approved      Denied      Pay Phone      Collect Call

Request Directed To: (Check One)
( ) Warden                ( ) Deputy Warden           ( ) Captain
( ) Classification Supervisor  ( ) Legal Officer - Notary Public  ( ) Record Office

(CAPTAIN)

N176

| # | Name | Signature | ID |
|---|------|-----------|-----|
| 1 | Anthony Mays | Anthony Mays | 190493 |
| 2 | Matthew Croom | Matthew Croom | 227801 |
| 3 | William Scroggins | William Scroggins | 235626 |
| 4 | Lawrence A. Dudley | Lawrence A. Dudley | 206757 |
| 5 | Ceasar Taylor | Ceasar Taylor | 201553 |
| 6 | Marcus Auerhart | Marcus Auerhart | 177374 |
| 7 | Kevin Johnson | Kevin Johnson | 174487 |
| 8 | Leo Cain Jr | Leo Cain Jr | 178962 |
| 9 | Blaten Snoddy | Blaten Snoddy | 208454 |
| 10 | Anthony Reese | Anthony Reese | 198625 |
| 11 | Damien Williams | Damien Williams | 237093 |

Special Accommodations for inmates
*Temple of Shetaut Neter*
P.O. Box 218, Opp, Ala. 36467
(334) 493-8968, FAX (334) 493-8968
INTERNET ADDRESS: http://www.Egyptianyoga.com
E-MAIL ADDRESS: Semayoga@aol.com



12/27/2004

To: Whom it may concern

From: Sebai-Hm (Preceptor-Priest) Dr. Muata Abhaya Ashby
Director, Sema Institute/Temple of Shetaut Neter

Re: Special Accommodations for inmates who desire to practice Neterian Religion

Greetings,

This letter is in response to the request of an inmate in your institution to be granted A- special dispensation to practice our religious tradition and B- special dispensation to be provided the particular diet related to our spiritual tradition. If a formal association with the Temple of Shetaut Neter is necessary in order for the Correctional Institution to grant the requested accommodations the inmate or inmate group making the request must cease all practices of other religious programs or rituals and officially adopt the Neterian Religion (Shetaut Neter).

1. <u>Our religion is called Shetaut Neter or Neterianism</u>. It is an African Religion practiced since the time of Ancient Kemet (Ancient Egypt 10,000 B.C.E.). Our faith is followed globally. In the United States there is a system of Unut (ministers) who are headed by Supervising Priests and Priestesses.
2. <u>IRS Recognized Status</u>: The Temple of Shetaut Neter-Aset is an established church with tax exempt status and is recognized by the I.R.S. as a tax exempt church (Tax #65-0696697).
3. <u>Main Scriptures and Teachings</u>: Main Scriptures include:

The following scriptures represent the foundational scriptures of Neterian culture. They may be divided into three categories: *Mythic Scriptures*, *Mystical Philosophy*, *Ritual Scriptures*, and *Wisdom Scriptures* (Didactic Literature).

| MYTHIC SCRIPTURES Literature | Mystical (Ritual) Philosophy Literature | Wisdom Texts Literature |
|---|---|---|
| <u>Shetaut Asar-Aset-Heru</u> The Myth of Asar, Aset and Heru (Asarian Resurrection Theology) - Predynastic <u>Shetaut Atum-Ra</u> Anunian Theology Predynastic **Shetaut Net/Aset/Hetheru** Saitian Theology – Goddess Spirituality Predynastic <u>Shetaut Ptah</u> Memphite Theology Predynastic **Shetaut Amun** Theban Theology, Predynastic | Coffin Texts (c. 2040 B.C.E.-1786 B.C.E.) **Papyrus Texts** (c. 1580 B.C.E.-Roman Period)[1] Books of Coming Forth By Day Example of famous papyri: Papyrus of Any Papyrus of Hunefer Papyrus of Kenna Greenfield Papyrus, Etc. | Wisdom Texts (c. 3,000 B.C.E. – Ptolemaic Period) Precepts of Ptahotep Instructions of Any Instructions of Amenemope Etc. **Maat Declarations** Literature (All Periods) **Blind Harpers Songs** |

---

[1] After 1570 B.C.E they would evolve into a more unified text, the Egyptian Book of the Dead.

Special Accommodations for inmates

4. One of the main scriptures of this Shetaut Neter tradition is *Prt M Hru* or "Chapters of Enlightenment." In this scripture are written specific practices (rituals) for worship and meditation – 3 times daily. Also there is a specific diet for followers of this religious tradition. We have several books you may see as references for this religion and its tenets.
    a. The inmates will begin work with two main texts:
        i. *Shetaut Neter African Religion: Principles of African Religion and Neterian Spirituality*
        ii. *Shetaut Neter Chant, Songbook, Meditation and Devotional Worship Manual*

5. The Worldwide Head or Spiritual Leader of this faith is Sebai Muata Ashby Ph. D. D.D.

6. The Contact information for the Main Temple is: 103 W. Paulk Ave, Opp AL. 36467, (334) 493-8968 Fax (334) 493-8968

7. The Temple of Shetaut Neter Ministers and Teachers: serve the community through books, lectures, counseling and worship services and are directed from the main temple leadership.

8. Ministerial Visits to incarcerated members of the faith group: may be available if located in the area. Otherwise special visits can be arranged from the main temple staff.

9. Worship days:
    a. Daily: three-fold worship – (Morning, Noon, Dusk)
    b. Weekly: Sunday special worship - ***Time: Sunrise service***

NOTE: The Daily and Weekly ritual is available on audio tape to facilitate the practice.

10. Religious Holidays: the main holidays of Shetaut Neter Religion (Neterianism) include:

    a. Monthly: Full Moon – Fasting, prayer, study of scriptures
    b. Dec. 22-26 – Birth of Heru
        i. Daily Practice of ritual of Resurrection and Meditation (book Goddess Path)
    c. May 14: Djehuti brings back Tefnut /Sekhmet. (Hetheru as Lioness)
    d. July 14-19 – Festival of the Birth of the Gods and Goddesses and Rise of Sopdu
        i. Daily readings of the Creation Myth teachings (Book Anunian Theology)
            1. July 14: Birthday of God Asar
            2. July 15: Birthday of God Heru the Elder
            3. July 16: Birthday of God Set
            4. July 17: Birthday of Goddess Aset
            5. July 18: Birthday of Goddess Nebthet
            6. July 19: Beginning of the Rise of Sopdu (Sothis-Sirius– Goddess Aset)
            7. July 15-30 Holidays: Second half of the month: Rising of Sirius - Worship of the Goddess
            8. July 20-31: Beginning of the Neterian New Year (Ancient Egyptian)
    e. August 13: Day of the battle between Heru and Set
    f. August 20: Djehuti heals the eye of Heru

11. Necessary Religious Items:

Basic necessities for effective worship: every Shemsu (follower) should have the following items available for the daily practice of Shetaut Neter:

*Scroll with the Four Neterian Great Truths and audio cassette meditation chant tape.*
*Divine Image*
*Ankh amulet*
*Candle*
*Incense*
*Offering (bread or fruit)*
*Prayer mat or blanket*

- 2 -

Special Accommodations for inmates

12. <u>Details of the requested accommodation:</u> (Explained in detail in the *Shetaut Neter Daily Worship Book*)

    a. <u>Three-fold daily worship:</u> the traditional practice of our religion is conducted through ritual worship at dawn, noon (12 pm-3pm) and dusk. Out of these three the dawn is most important. We request that the inmates be allowed at least one period of free use of the chapel for this purpose.




"Ra neb Aru"     "Abd neb Aru"     "Renput Aru"

<u>Daily Shedy -Threefold daily worship</u> – Basic Discipline for the morning.

1. Bathe or Wash face and hands
2. Light candle
3. Light incense
4. Worship - Divine Song
5. Sema Yoga Postures
6. Reciting of the Great Truths
7. Chant – words of scripture
8. Meditation
9. Offering

<u>Worship Ritual – Noon and Dusk</u>
1. Reciting of the Great Truths
2. Divine Chant
3. Meditation

The Monthly Observances Shetaut Neter

<u>Monthly Observances -</u>
Twice monthly moon festival

In addition to the daily worship program:

Festival days

New Moon Fasting 1 day
Full Moon Fasting 1 day

The Main Annual Observances of Shetaut Neter

Festival days


Api
Summer Solstice


Nun
Winter Solstice

    b. <u>Provision of the Kemetic Diet for Followers of Shetaut Neter Religion:</u> The Kemetic Diet is the form of food nourishment described in the scriptures of Shetaut Neter of Ancient Kemet. It enjoins that the diet should be:
        i. *Swadj* –Fresh Green foods, Vegetarian – (Basis of the special diet)
        ii. At least 80% raw vegetables and fruits – 20% cooked
        iii. no meat (cow, chicken, fish), no dairy, no eggs
        iv. no wheat – substitute Kamut[2] or Spelt[3]
        v. no candy, refined sugar or table salt (for table salt substitute with <u>sea salt</u>)
        vi. no genetically modified food
        vii. no irradiated food
        viii. substitute nut[4] milk or soy[5] milk (provides calcium and protein) for cow milk
        ix. substitute Organic Food Bars[6] for granola

13. <u>Publications and References:</u> The two most important publications that explain the religious significance of the requested accommodations are
    a. *African Origins of Civilization, Religion and Yoga Spirituality**
    b. *Prt m Hru* or Book of Coming Forth By Day (Book of the Dead)*
    c. *Kemetic Diet: Food for Body, Mind and Soul,* Ancient African Wisdom of Shetaut Neter Religion for Total Health*

---

[2] we can provide information for several companies that can supply these items.
[3] ibid
[4] ibid
[5] ibid
[6] ibid

Special Accommodations for inmates

    d.  *Resurrecting Osiris*

Other Books related to the Neterian Faith- Listing of publications (books) in print:

| | |
|---|---|
| 1. | African Origins-Book 1: African Origins of African Civilization, Religion, Yoga Mystical Spirituality and Ethics Philosophy (Soft Cover) |
| 2. | African Origins-Book 2: African Origins of Western Civilization, Religion, Yoga Mystical Spirituality and Ethics Philosophy (Soft Cover) |
| 3. | African Origins-Book 3: African Origins of Eastern Civilization, Religion, Yoga Mystical Spirituality and Ethics Philosophy (Soft Cover) |
| 4. | Ancient Egyptian Tantric Yoga: Love, Sex, Marriage, and Spiritual Enlightenment |
| 5. | Anunian Theology: The Mysteries of Ra and the Secrets of the Creation Myth |
| 6. | Egyptian Book of the Dead |
| 7. | Egyptian Proverbs |
| 8. | Egyptian Yoga Movements of the Gods and Goddesses - Exercise Workout Book |
| 9. | Egyptian Yoga: Philosophy of Enlightenment Vol. 1 |
| 10. | Egyptian Yoga: Supreme Wisdom of Enlightenment Vol. 2 |
| 11. | From Egypt to Greece: The Egyptian Origins of Greek Culture and Religion |
| 12. | Glorious Light Meditation |
| 13. | Healing the Criminal Heart |
| 14. | Initiation Into Egyptian Yoga |
| 15. | Kemetic Diet: Food for Body, Mind, and Spirit |
| 16. | Meditation: The Ancient Egyptian Path to Enlightenment |
| 17. | Mysteries of Isis |
| 18. | Mysteries of Mind and Memphite Theology: Ancient Egyptian Wisdom of Ptah |
| 19. | Mystical Journey From Jesus to Christ |
| 20. | Resurrecting Osiris |
| 21. | Self-Publishing For Profit: Inner Fulfillment and Service to Humanity |
| 22. | The 42 Precepts of Maat |
| 23. | Theater and Drama of the Ancient Egyptian Mysteries, Enlightenment of Hathor (Old Title: Enlightenment of Hetheru) |
| 24. * | The Goddess of The Ancient Egyptian Mysteries (Old title: The Goddess Path) |
| 25. | The King of Egypt Screenplay |
| 26. | The Parents Guide to The Ausarian Resurrection Myth |
| 27. | The Path of Divine Love |
| 28. | The Serpent Power (New expanded Edition) |
| 29. | The Story of Asar, Aset and Heru |
| 30. | The Wisdom of Maati |
| 31. * | Egyptian Mysteries Vol 1 |
| 32. | Egyptian Mysteries Vol 2 |
| 33. | Egyptian Mysteries Vol 3 |

*available through the Temple of Shetaut Neter or book Stores

    14. **Related Faith Groups:** There are no other related faith groups to Shetaut Neter in the Western religions although western traditions adopted similar rituals based on the original Neterian Teachings in ancient times. The closest related religions include Yoruba (religion of Africa), Hinduism (religion of India), Buddhism (religion of India) which all developed out of the original Shetaut Neter Teachings (documented in Book "African Origins").

    15. **Membership:** This Religious Tradition (Shetaut Neter (Neterianism)) is open to all inmates. Those who follow the Religion of Shetaut Neter (Neterianism) are called *Neterians, Neterian Followers (Shemsu Neter)*.

Please contact The Temple of Shetaut Neter to inform us of your progress if you apply, so that we may place your institution on our register of institutions that have inmates applying to acquire special accommodations.

Peace and Blessings
Sebai Dr. Muata Abhaya Ashby, Head Priest of Shetaut Neter Temple of Aset



# Shetaut Neter Community Listings

## Where to Practice Join the Shetaut Neter Community



This section is reserved for notices by practitioners of Shetaut Neter who wo let others know what activities they are engaged in, in their own hom countries. Include brief description and contact information.

MONTHLY TEMPLE WORSHIP: First Sunday of the month, communal wc online- contact center for details. Semayoga@aol.com

DAILY MORNING WORSHIP ONLINE un_shen@hotmail.com

WEEKLY ASPIRANT SHEDI MEETINGS: Online- contact center for detail Semayoga@aol.com

Atlanta, Ga. - Asr Oba El Al is hosting a Kemetic Sema Study group. (404) kemeticmaui@yahoo.com

Miami, U.S.A.- Asar Mayat, a Sema Institute Certified Tjef Neteru Instructor classes in the Miami area. She offers monthly "Raw Foods Preparation catering, demonstrations, presentations, and training. She is a distribut Egyptian Yoga Book series. 305.528.0426 or karniticwisdom@yahoo.com

New York, USA - Asar Foster Joseph, a Sema Institute Certified Tjef Neteru is holding classes in the NY area. (212) 690-7578

St. Croix, USVI, Asar Issachar Amlak is conducting book sales, Tjef N introduction to Memphite Theology classes. The Rise Yoga Center in St. Cr offering classes on the Egyptian Book of the Dead. Students must have com Memphite Theology course as a pre-requisite for the BOD. Classes meet week for 90 minutes. The sessions are subdivided into spoken discourse on a1 the BOD, practice and performance of the mystic postures and meditation. / of the course is led by Asar Issachar. (340) 713-9845

Aspirant/student Senhotep John Dixon of Shetaut Neter who is conducting a s group in the Dayton Ohio area home ph. 262-9900 cell. 657-0475

Asar Alex is facilitating the worship services every Saturday and Sunday 4an: Asar Alex is following the format as prescribed by Sebai Ashby in the Shetau Daily, Songbook, and Devotional Worship Manual.
If anyone would like to participate, please contact Asar Alex at (302) 730-11( De.

http://www.egyptianyoga.com/page32.html                                    2/17/2005

Provided by Chica (Wolffin)

Aspirant Andrew Garrow, Dallas Texas 214-339-8952

Mail, email or fax your notice by the 1st of the month to be entered in the foll issue.

Picture: from the 2002 Goddess and Winter Solstice Festival

The following is a listing of certified *Tjef neteru Sema Paut Neteru* Instructor

Asar Ankh Akhu- Ft. Lauderdale, Florida
Asar Connie Tatolovich - Palm Beach, Florida
Asar Foster Joseph - New York City, New York
Asar Kunga Kihohia- Miami Florida
Asar Leon Curtis - Miami Florida - Jamaica, West Indies
Asar Mayat- Miami Florida
Asar Oronde H. Reid - Ft. Lauderdale, Florida

*Provided by Chap Wooten*





Contact Information:

Email:
Semayoga@aol.com

Tel: 334-493-8968
Fax: 334-493-8968

**What is the Shetaut Neter Community?**

**Who is a follower of Shetaut Neter?**

Shetaut Neter Community Listings.
**Where to Practice Join the Shetaut Neter Community**





Sema (?) is an ancient Egyptian word and symbol meaning *union*. The Sema Institute is d propagation of the universal teachings of spiritual evolution which relate to the union of hu union of all things within the universe. It is a non-denominational organization which recogniz principles in all spiritual and religious systems of evolution throughout the world. Our prima provide the wisdom of ancient spiritual teachings in books, courses and other forms of c Secondly, to provide expert instruction and training in the various yogic disciplines incl Egyptian Philosophy, Christian Gnosticism, Indian Philosophy and modern science. Third world peace and Universal Love.

A primary focus of our tradition is to identify and acknowledge the yogic principles within a to relate them to each other in order to promote their deeper understanding as well as to sho unity of purpose and the unity of all living beings and nature within the whole of existence.

The Institute is open to all who believe in the principles of peace, non-violence and spiritua regardless of sex, race, or creed.

### AUTHOR SEBAI MUATA ASHBY Ph. D., D.D., P.C., Y.U.

Muata Ashby was born in New York City but grew up in the Caribbean. Displaying an early interest in ancient civilizations and the Humanities, he began to study these subjects while in college but put these aside to work in the business world. After successfully running a business with his wife for several years they decided to pursue a deeper movement in life. Mr. Ashby began studies in the area of religion and philosophy and achieved doctorates in these areas while at the same time he began to collect his research into what would later become several books on the subject of the origins of Yoga Philosophy and practice in ancient Africa (Ancient Egypt) and also the origins of Christian Mysticism in Ancient Egypt. Muata Ashby discovered the vast philosophy of *Shetaut Neter* and *Sema* (Yoga mystical spirituality) practiced in ancient Africa and has written several book on this subject, detailing its history and practice for modern times. Muata Ashby also discovered the keys to understand the mystical code of the main traditions of Ancient Kamitan (Egyptian/African religion) known in ancient times as *Shetaut Neter*. SEE MORE



Muata Ashby holds a Doctor of Philosophy Degree in World Religion and Myth, focusing on African and Indian Religion, and a Doctor of Divinity Degree in Holistic Healing. He is also a Pastoral Counselor and Teacher of Yoga Philosophy and Discipline. Dr. Ashby received his Doctor of Divinity Degree from and is an adjunct faculty member of the American Institute of Holistic Theology and the Florida International University. Dr. Ashby is a certification as a PREP Relationship Counselor. Dr. Ashby has been an independent researcher and practitioner of Egyptian, Indian and Chinese Yoga and psychology as well as Christian Mysticism. Dr. Ashby has engaged in Post Graduate research in Yoga at the Yoga Research Foundation. He has extensively studied mystical religious traditions from around the world and is an accomplished lecturer, artist, poet, screenwriter, playwright and author of over 30 books on yoga and



**All Books**






spiritual philosophy. He is an Ordained Minister and Spiritual Counselor and also the founder the Sema Institute, a non-profit organization dedicated to spreading the wisdom of Yoga and the Ancient Egyptian mystical traditions.

Dr. Muata Ashby has dedicated his life to educating all those interested in the mystical teachings of Yoga philosophy from Ancient Egypt. He conducts classes in Miami Florida on all aspects of Yoga wisdom and lifestyle.

What is E(
Hov
redis





## About Hemit Keren "Dja" Ashb

Hemit Dja Un Nefert Ashby, "Dja" is the spiritual p Muata Ashby. She is the director of C.M. Book Publish independent researcher, practitioner and teacher of Yog; the Sciences and a Pastoral Counselor, the editor of Yoga Book Series. Dr. Ashby has engaged in post-grad in advanced Jnana, Bhakti, Karma, Raja and Kundalini Yoga Research Foundation. She is a certified Y( instructor, and a teacher of health and stress manage Yoga for modern society, based on the Indian and/or K principles. Also, she is the co-author of The Egyptian Y Workout Book, and author of Yoga Mystic M Enlightenment.

ALABAMA DEPARTMENT OF CORRECTIONS
INMATE'S REQUEST FOR RELIGIOUS ASSISTANCE

Inmate Name Anthony Mays   AIS 190493

Religious Faith Shetaut Neter   Denomination/Sect Kemetic

You may verify the existence of my religious faith and determine its beliefs and practices by reviewing the following authoritative source(s) of information (documented evidence must be provided to the Chaplain/Warden to support the request): Internet Address http://www.Egyptianyoga.com, E-Mail Address: Semayoga@aol.com, & Temple of Shetaut Neter P.O. Box 218, Opp, Ala. 36467 (334) 493-8968, Fax (334) 493-8968

(Note: All religious practices and activities that are not minimal or mandatory requirements for worship will be reviewed on a case-by-case basis.)

The religious practices and activities I would like to observe are as follows: ① Ministerial Visits: to be able to recive Divine Spirituality & Counseling. ② Religious Items: Scroll with four Neterian Great Truths and Audio cassette Meditation chant Tape, Video Tapes, Divine Image, Ankh Amulet, candle, Incense, Offering, prayer mat or Blanket.(pg.2) ③ To be able to serve the Religious Holidays: holidays of Shetaut Neter Religion Include.(See Next page)

I learned about the religious practices and activities from the following source: It frist was brought to my attentions on the Street, However I have been Studying it & Indept for seven years.

Request form submitted on 27 day of 5TH, 20 05.

_____
Chaplain or Receiving Officer

Religious Holidays: The Main holidays of Shetaut Neter:

A. **monthly**: Full moon - Fastings, Prayer, and Study of Scriptures.
b. <u>Dec. 22-26</u> Birth of Heru
   1. Daily Practice of ritual of Resurrection and meditation
c. May 14: Djehuti brings back Tefnut/Sekhmet
D. <u>July 14-19</u> - Festival of the birth of the Gods/Goddesses and Rise of Sopdu
   1. Daily readings of the creation myth
   1. July 14: Birthday of God Asar
   2. July 15: Birthday of God Heru
   3. July 16: Birthday of God Set
   4. July 17: Birthday of God Aset
   5. July 18: Birthday of God Nebthet
   6. July 19: Beginning of the Rise of Sopdu
   7. July 15-30 Holidays: Second half of the month
   8. July 20-31 Beginning of the Neterian New Year. (Ancient Egyptian)
E. August 13: Day of the battle between Heru and Set
f. August 20: Djehuti heals the eye of Heru

Now according to the Shetaut Neter from July 14-30 are festival days of celebration which we are required to practice. We are asking that we be allowed to have a festival day of celebration on August 20 consisting of a feast that honors the Kemetic Diet, we desire to have our spiritual spounser present at the feast & members of Shetaut Neter & family. We ask this in order to make things easer for D.O.C & ourselves by having one feast instead of a feast each day which would equal 17 different feast.

Count. on Back →

D) We also asked that we be allowed to practice the Kemetic Diet for e followers of Shetaut Neter, which is the following.

- Swadj: fresh Green foods, Vegetarian - (Basis of the Special diet)
- At least 80% raw Vegetables and fruits - 20% Cooked
- No meat (cow, chicken, fish) no dairy, no Eggs
- No Wheat - Substitue Kamut or Spelt
- No candy, refined Sugar or table Salt (for table salt substitute with sea salt)
- No genetically modified food
- No Irradiated food

I. Substitute nut milk or soy milk for cow milk.

Substitute Organic food Bars for granola.

e two most Important publications that explain the religious Significance the requested accommodations are:

African Origins of Civilization, Religion and Yoga Spirituality

Book of coming forth By day (Book of the Dead)

emetic Diet: Ancient African wisdom of Shetaut Neter Religion for total Health.

To be able to recive class time (use of the cheple) for study & prayer. Such as Sunday at Noon or were ever we can be placed at.