```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000130
Cashier ID: benrobi
Transaction Date: 08/14/2007
Payer Name: ELMORE CORRECTIONAL FACILITY
------------------------------------------
PLRA CIVIL FILING FEE
 For: ANTHONY MAYS
 Case/Party: D-ALM-2-05-CV-000992-001
 Amount:         $32.00
------------------------------------------
CHECK
 Check/Money Order Num: 32002
 Amt Tendered:    $32.00
------------------------------------------
Total Due:       $32.00
Total Tendered:  $32.00
Change Amt:       $0.00
```