I Anthony Mays # 190493 would like
to Inform the courts of An Address Change
for CIVIL ACTION NO. 2:05-CV-992-D
My NEW Address is

Anthony Mays #190493 D-22B
P.O. Box 220410 F.L.Y.C
Deatsville, AL.

I would Also like to
Request A Statis of the
Above Case Number Thank you
for your time,

RECEIVED
2007 SEP 19 A 10:20
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA



Anthony Mays #1904(SW21D)
P.O. Box 230410 F.L.4.C.
Deatsville, AL.
36022

MONTGOMERY AL 361
18 SEP 2007 PM 4 L

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL.
36101-0711