IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ANTHONY MAYS, #190 493           *

    Plaintiff,                              *

    v.                                         *           2:05-CV-992-ID

TOMMY FLOWERS, *et al.*,           *

    Defendants.                          *

_____

**ORDER**

    Plaintiff filed this 42 U.S.C. § 1983 action on October 17, 2005. The court recently ascertained that Plaintiff is no longer housed at the last known address the court has on file for him. All parties have an affirmative duty to inform this court of any change of address during the pendency of their actions. Plaintiff was provided notice of this requirement in the court's November 10, 2005 order of procedure. (*Doc. No. 8.*)

    Upon review of the pleadings filed in the instant matter, it is clear that the court file does not contain an alternate address for Plaintiff and that he has not provided this court his current address. Accordingly, the court concludes that Plaintiff shall be granted an opportunity to show cause why his complaint should not be dismissed for his failure to keep the court informed of his current address.

    Accordingly, it is ORDERED that:

    1.    On or before November 19, 2007 Plaintiff SHOW CAUSE why his complaint should not be dismissed for his failure to comply with the orders of this court and his failure

to adequately prosecute this action. Plaintiff is cautioned that his failure to comply with this order will result in a Recommendation that his complaint be dismissed without prejudice and without further notice from the court; and

    2.    The Clerk SEND a copy of this order to Plaintiff at his last known address.

Done, this 9th day of November 2007.

        /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE