11/15/07

2007 NOV 19 A 9:57
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I Anthony Mays #190493 would like to Inform the Courts of yet another address change for Case 2:05-CV-992-ID My Address for now is ~~———~~ SEE Below:

Anthony Mays #190493
Childersburg Work Release
P.O. Box 368
Childersburg, AL
         35044

Thank you for you Time

Anthony Mays

Anthony Mays #190493  A2-3b
C.W.C.
P.O. Box 368
Childersburg, AL.
       35044



Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, AL.
           36101-0711

*This correspondence is forwarded from an Alabama State Prison. The Contents have not been evaluated and the Alabama Department of Corrections is not responsible for the Substance or content of the enclosed communication.