IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY MAYS, #190493, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 2:05cv992-ID |
| v. | ) WO |
| | ) |
| | ) |
| TOMMY FLOWERS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the court, it is CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby ENTERED in favor of Defendants and against Plaintiff Anthony Mays and that Plaintiff take nothing by his said suit.

It is further CONSIDERED and ORDERED that all costs herein incurred be and the same are hereby TAXED against Plaintiff, for which let execution issue.

The Clerk of the Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 14th day of January, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE