IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN** DIVISION

| | |
|---|---|
| ANTHONY MAYS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV- 00811-MHT-WC |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Steve Walker, Willie Thomas, and Thomas Woodfin, a [ Defendants] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[ X ]  This party is an individual, or

[   ]  This party is a governmental entity, or

[ X ]  There are no entities to be reported, or

[   ]  The following entities and their relationship to the party are hereby reported:

Reportable Entity                                      Relationship to Party

_____        _____

1/16/2008                                                     /s/Albert S. Butler
Date                                                              Counsel Signature

                                                                      Steve Walker, Willie Thomas and
                                                                      Thomas Woodfin
                                                                      Counsel for (print names of all parties)

                                                                      301 S. Ripley St.
                                                                      P.O. Box 301501,Montgomery, AL 36130
                                                                      Address, City, State Zip Code

                                                                      334-353-3885
                                                                      Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN**  DIVISION

**CERTIFICATE OF SERVICE**

I, Albert S. Butler , do hereby Certify that a true and correct copy of the foregoing has been furnished by  U.S. MAIL, CM/ECF   (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 16th  day of January, 2008, to:

Anthony Mays
AIS #190493
Childersburg WR/CWC
P.O. Box 368
Childersburg, AL 35044

|  |  |
|---|---|
| 1/16/2008 | /s/Albert S. Butler |
| Date | Signature |